OPINION — AG — **** SCHOOL CHILDREN — BUSING — CONTRACT CARRIERS **** A PRIVATE INDIVIDUAL WHO CONTRACTS TO FURNISH TRANSPORTATION TO AND FROM PUBLIC SCHOOLS AND TO AND FROM OTHER SCHOOL RELATED ACTIVITIES FOR COMPENSATION IS A ' CONTRACT CARRIER BY MOTOR VEHICLE ' AS DEFINED IN 47 O.S. 1968 Supp., 161 [47-161](H) AND IS SUBJECT TO REGULATION BY THE CORPORATION COMMISSION. CITE: 47 O.S. 1968 Supp., 161 [47-161](F) (TIM LEONARD)